**UNITED STATES of America**

v.

**Angel SOTO, a/k/a Angel Marcial Angel Gonzalez Angel Soto, Appellant**

No. 98–1732.

United States Court of Appeals, Third Circuit.

Submitted Pursuant to Third Circuit LAR 34.1(a) May 23, 2002.

Filed June 7, 2002.

Before McKEE, STAPLETON & WALLACE, Circuit Judges.

OPINION OF THE COURT

McKEE, Circuit Judge.

Angel Soto appeals the sentence of 71 months incarceration, assessments totaling $200, and ·six years supervised release, that was imposed after the district court accepted his plea of guilty to distribution of cocaine and possessing a firearm. We will affirm.

Counsel has submitted a brief stating that, based upon his review of the record, there are no meritorious issues for appeal. See *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). We agree. The trial court complied with the requirements of Fed.R.Crim.P. 11 in accepting Soto's guilty plea. Soto indicated that he was not under the influence of drugs or alcohol at the time, that he did not disagree with the prosecutor's statement of the factual basis for the plea, and that he understood the rights that he was waiving in entering a guilty plea. The court thereafter imposed a legal sentence within the range authorized by Congress. Accordingly, there are no nonfrivilous issues to be presented on appeal, and we will therefore affirm the judgment of conviction and sentence entered on July 31, 1998, and allow counsel to withdraw his appearance.